# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157666(62)(63)

DOROTHY HAWTHORNE-BURDINE,
a/k/a DOROTHY HAWTHORNE and
DOROTHY BURDINE,
      Plaintiff-Appellant,

v

HERMANN BANKS, ELLIOTT WOLF,
and WALTER JOHN BAKER,
      Defendants-Appellees.
_____/

SC: 157666
COA: 336756
Oakland CC: 2016-155217-CZ

On order of the Chief Justice, the separate motions of defendants-appellees to extend the time for filing their answers to the application for leave to appeal are GRANTED. The answers will be accepted as timely filed if submitted on or before June 7, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2018



Clerk